UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NYJEW HAGGRAY,

        Plaintiff,

v.

COUNTY OF ALBANY, ET AL.

        Defendants.

Civil Action No.:
9:16-cv-32 (TJM/DEP)

**STIPULATION OF DISCONTINUANCE AS TO DEFENDANT DAMIEN ANZALONE, ORLANDO COSENTINO AND MICHAEL POOLE**

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as to all remaining Defendants Damien Anzalone, Orlando Cosentino and Michael Poole, in their individual and official capacities, in its entirety, including any and all cross-claims by and between the parties, with prejudice, and on the merits, without costs to any party as against any other.

Trevor W. Hannigan, Esq.
Attorney at Law
Bar Roll No.: 517850
311 State Street
Albany, New York 12210

*signature*

Michael L. Goldstein, Esq.
OFFICE OF THE ALBANY COUNTY ATTORNEY
Bar Roll No.: 519722
*Attorney for Defendants County of Albany, et. al*
112 State St., 6th Floor
Albany, New York 12207

SO ORDERED:

Dated: August 1, 2018

*signature*

Thomas J. McAvoy
Senior, U.S. District Judge